UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80640-CIV-CANNON

**RABBI NAFTALY HERTZEL,**
**HENYA HERTZEL,** and
**CHABAD ISRAELI CENTER, INC**,

    Plaintiffs,

v.

**LOGGERS' RUN, INC., CAMPBELL**
**PROPERTY MANAGEMENT AND REAL**
**ESTATE, INC., RONALD HARP,** and
**HARRY DIETZ,**

    Defendants.

_____/

**ORDER DENYING MOTION TO DISMISS**
**WITHOUT PREJUIDCE AND TEMPORARILY STAYING CASE**

**THIS CAUSE** comes before the Court upon Defendants' Motion to Dismiss Plaintiffs' Complaint (the "Motion") [ECF No. 17], filed on June 24, 2024.  The Court has reviewed the Complaint [ECF No. 1; ECF No. 1-1 through ECF No. 1-6], the Motion, Plaintiffs' Response in Opposition [ECF No. 24], and Defendants' Reply [ECF No. 30].  Fully advised in the premises, the Motion is **DENIED WITHOUT PREJUDICE** pending the Eleventh Circuit's decision in *Sara Watts v. Joggers Run Property Owners Association, Inc*., 22-13763 (11th Cir. 2022), which the Court determines could guide resolution of the issues raised in this case.  As such, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Dismiss [ECF No. 17] is **DENIED WITHOUT PREJUDICE**.

2. This matter is **STAYED** pending the Eleventh Circuit's resolution of *Sara Watts v. Joggers Run Property Owners Association, Inc*., 22-13763 (11th Cir. 2022), as stated above.

CASE NO. 24-80640-CIV-CANNON

3. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED.**

4. Defendants may refile their motion no later than fourteen (14) days following the issuance of the Eleventh Circuit's mandate in *Watts*.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 19th day of December 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record