UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80640-Cannon

| | |
|---|---|
| **RABBI NAFTALY HERTZEL, HENYA HERTZEL,** and **CHABAD ISRAELI CENTER, INC.**, a Florida not-for-profit corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>**LOGGERS' RUN, INC.**, a Florida not-for-profit corporation, **CAMPBELL PROPERTY MANAGEMENT AND REAL ESTATE, INC., RONALD HARP,** and **HARRY DIETZ,**<br><br>    Defendants. | |

### NOTICE OF CAMILLE VARONE'S WITHDRAWAL AS COUNSEL AND DEPARTURE FROM FIRST LIBERTY INSTITUTE

PLEASE TAKE NOTICE that Camille P. Varone, counsel for Plaintiffs, withdraws as counsel. As of January 17, 2025, Ms. Varone is no longer employed by First Liberty Institute. Plaintiffs continue to be represented by the other attorneys who have appeared on their behalf from First Liberty Institute, Jeremiah G. Dys and David J. Hacker, as well as by Eliot Pedrosa, John C. Brinkerhoff, Jr., and Priscilla Ruiz of Jones Day; and Jason B. Gonzalez and Robert E. Minchin III of Lawson Huck Gonzalez, PLLC.

Dated January 21, 2025

Respectfully submitted,

/s/ *Eliot Pedrosa*
Eliot Pedrosa (FL Bar No. 182443)
Priscilla Ruiz (FL Bar No. 1049927)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131

-2-

Tel: (305) 714-9717
*epedrosa@jonesday.com*
*pruiz@jonesday.com*

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this January 21, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Eliot Pedrosa*
Eliot Pedrosa