UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80640-Cannon/McCabe

RABBI NAFTALY HERTZEL,
HENYA HERTZEL, and CHABAD
ISRAELI CENTER, INC., a Florida
not-for-profit corporation,

    Plaintiffs,

v.

LOGGERS' RUN INC., CAMPBELL
PROPERTY MANAGEMENT AND
REAL ESTATE, INC., RONALD HARP,
and HARRY DIETZ

    Defendants.
_____/

## ORDER ON DE 76

THIS CAUSE came before the Court on a motion to compel filed by Plaintiffs. (DE 76). For the reasons set forth below, the Court **GRANTS** the motion in part and **DENIES** it in part.

### Background

This is a housing discrimination case. On October 9, 2025, Plaintiffs served a First Set of Interrogatories ("ROGs") on Loggers' Run Inc. ("Loggers' Run") (DE 76-1); Campbell Property Management and Real Estate, Inc. ("Campbell Property") (DE 76-2); and Ronald Harp (DE 76-3). Plaintiffs also served a First Request for Production of Documents ("RFPs") on Loggers' Run Campbell Property (DE 76-4); Harry Dietz (DE 76-5); and Ronald Harp (DE 76-6). Defendants objected to many of the discovery requests, prompting a period of negotiation to resolve the

objections. A motion to compel followed (DE 76), presenting issues the parties could not resolve on their own. The Court issues the following rulings, using the following abbreviations:

| | | | | |
|---|---|---|---|---|
| OB | overly broad | | P | proportionality |
| V | vague | | AC | atty. client priv. |
| A | ambiguous | | WP | work product |
| R | relevance | | C | confidential |
| B | burden | | | |

**ROGs to Loggers' Run (DE 76-1)**

| # | Description[1] | Objections | Ruling |
|---|---|---|---|
| 1 | Describe any discussions among board members re: Plaintiffs' religion | OB, R, P, AC, WP | As to AC and WP, the parties report that they resolved the objection.<br><br>As to R, overruled.<br><br>As to OB, and P, sustained. Read literally, Rog #1 requires Defendant to itemize every e-mail, letter, and even conversation, concerning broad topics such as Plaintiffs' "religion," "religious practices," and "use of property."<br><br>Defendant need not answer Rog #1. |
| 2 | Identify all agents, etc. in possession of docs re: the Hertzels or who may have interacted with the Hertzels. Also describe the docs and the interactions. | OB, R, P | As to R, overruled.<br><br>As to OB and P, sustained.<br><br>The Court limits the timeframe of Rog #2 to January 1, 2017 to the present. Defendant need not identify all persons "who may have interacted |

---

[1] For the sake of brevity, this column sets forth a shorthand description of each discovery request rather than a verbatim copy of the complete text. The parties should not interpret these shorthand descriptions to have any substantive impact or limitation on the Court's holdings throughout this Order.

| | | | with the Hertzels." Also, Defendant need not respond to the second sentence of Rog #2.<br><br>Defendant shall submit an amended answer to clarify whether the current answer changes in light of the Court's rulings on these objections. |
|---|---|---|---|
| 3 | Identify agents. etc. involved in land-use decisions, their roles, and all decisions made re: Hertzels | OB, R, P, AC, WP, V | As to AC and WP, the parties report that they resolved the objection.<br><br>As to R and V, overruled.<br><br>As to OB and P, sustained. The Court limits the timeframe of Rog #3 to January 1, 2017 to the present.<br><br>Defendant shall submit an amended answer to clarify whether the current answer changes in light of the Court's rulings on these objections. |
| 19 | Identify complaints involving religious or racial discrimination | OB, R, P | As to R, overruled.<br><br>As to OB and P, sustained. The Court limits the timeframe of Rog #19 to January 1, 2017 to the present.<br><br>Defendant shall submit an amended answer to clarify whether the current answer changes in light of the Court's rulings on these objections. |
| 20 | Identify all docs re: Plaintiffs | OB, R, P, AC, WP | As to AC and WP, the parties report that they resolved the objection.<br><br>As to OB, R, and P, sustained. Read literally, Rog #20 requires Defendant to itemize every piece of paper, e-mail, letter, etc. re: broad topics such as "Plaintiffs."<br><br>Defendant need not answer Rog #20. |

**ROGs to Campbell Property (DE 76-2)**

| # | Description | Objections | Ruling |
|---|---|---|---|
| 3 | Describe discussions between you and other Defendants re: Plaintiffs | OB, R, AC, WP | As to AC and WP, the parties report that they resolved the objection.<br><br>As to R, OB, and P, sustained.  Read literally, Rog #3 requires Defendant to itemize every e-mail, letter, and even conversation, concerning the broad topic of "Plaintiffs."<br><br>Defendant need not answer Rog #3. |
| 4 | Describe any communications you had with Plaintiffs | OB, R, P | As to OB, R, and P, sustained. The Court limits the timeframe of Rog #4 to January 1, 2017 to the present.<br><br>Defendant shall submit an amended answer to clarify whether the current answer changes in light of the Court's rulings on these objections.<br><br>Also, to the extent Defendant chooses to answer Rog #4 by referring to docs produced in discovery, Defendant must identify the Bates numbers of the docs produced. |
| 12 | Identify all communications between you and any third parties re: citations to Plaintiffs | OB, R, AC, WP | As to AC and WP, the parties report that they resolved the objection.<br><br>As to OB, R, and P, sustained. The Court limits the timeframe of Rog #12 to January 1, 2017 to the present.<br><br>Defendant shall submit an amended answer to clarify whether the current answer changes in light of the Court's rulings on these objections. |
| 14 | Identify all requests by Plaintiffs re: establishment of a house of worship in | V, OB, R, P | As to V, overruled. |

| | | | |
|---|---|---|---|
| | HOA.  Describe your role in reviewing request | | As to OB, R, and P, sustained. The Court limits the timeframe of Rog #14 to January 1, 2017 to the present.<br><br>Defendant shall submit an amended answer to clarify whether the current answer changes in light of the Court's rulings on these objections. |
| 15 | Identify all communications with third parties re: construction of new facilities | V, OB, R, P | As to V, sustained.  The term "facilities" is unclear.<br><br>Defendant need not answer Rog #15. |
| 16 | State whether you have issued violations, etc. to any residents based on religious practices | V, OB, R, P | As to V, overruled.<br><br>As to OB, R, and P, sustained.  The Court limits the timeframe of Rog #16 to January 1, 2017 to the present and the geographic scope to Florida.<br><br>Defendant shall submit an amended answer to clarify whether the current answer changes in light of the Court's rulings on these objections. |
| 17 | Describe any policies used by you to ensure compliance with federal law re: religious discrimination prohibitions | OB, R, P, | As to OB, R, and P, sustained.  The Court limits the timeframe of Rog #17 to January 1, 2017 to the present and the geographic scope to Florida.<br><br>Defendant shall submit an amended answer to clarify whether the current answer changes in light of the Court's rulings on these objections. |
| 19 | Identify any complaints filed against you alleging religious or racial discrimination. Include date, contents and resolutions | OB, R, P, C | As to OB, R, and P, sustained.  The Court limits the timeframe of Rog #19 to three years prior to the complaint in this case.  The Court limits the geographic scope to Florida. The Court limits the terms "complaints or grievances" solely to complaints or grievances filed with a court or governmental agency.<br><br>As to C, the parties may enter into a confidentiality agreement.  If the parties cannot |

5

| | | | agree on a confidentiality agreement, they shall advise the Court immediately, and the Court will enter a confidentiality order. |
|---|---|---|---|
| 20 | Identify all docs re: Plaintiffs | OB, R, P, AC, WP | As to AC and WP, the parties report that they resolved the objection.<br><br>As to OB and P, sustained.  Read literally, Rog #20 requires Defendant to itemize every e-mail, letter, and monthly bill sent to or concerning Plaintiffs.<br><br>Defendant need not answer Rog #20. |

### ROGs to Ronald Harp (DE 76-3)

| # | Description | Objections | Ruling |
|---|---|---|---|
| 2 | Describe any comments you made re: Jewish residents in HOA | OB, R, P | As to OB, R and P, sustained.  Read literally, Rog #2 requires Defendant to itemize every time he wished Happy Hanukkah to a Jewish resident.<br><br>Defendant need not answer Rog #2. |

### RFPs to Loggers' Run and Campbell Property (DE 76-4)

| # | Description | Objections | Ruling |
|---|---|---|---|
| 4 | All docs reflecting, etc., communications involving, etc., Defendants and relating to racial or religious discrimination, etc. | V, OB, R, P | As to V, sustained.   The Court finds RFP #4 grammatically confusing.<br><br>Defendants need not produce docs in response to RFP #4. |
| 5 | All docs reflecting, etc., communications involving, etc., Defendants | V, OB, R, P | As to V, sustained.   The Court finds RFP #5 grammatically confusing. |

| | | | |
|---|---|---|---|
| | and relating to religious practice in Loggers' Run | | As to OB, R, and P, sustained. Read literally, RFP #5 calls for production of Christmas cards.<br><br>Defendants need not produce docs in response to RFP #5. |
| 6 | Policies re: issuance of violations to residents of the HOA | OB, R, P | As to OB, R, and P, sustained. The Court limits the timeframe of RFP #6 to January 1, 2017 to the present.<br><br>To the extent not already done, Defendants shall produce docs consistent with this ruling. |
| 7 | Docs re: violations etc., issued to residents of the HOA | OB, R, P | As to OB, R, and P, sustained. The Court limits the timeframe of RFP #7 to January 1, 2017 to the present.<br><br>To the extent not already done, Defendants shall produce docs consistent with this ruling. |
| 8 | Communications between Defendants and Plaintiffs re: Plaintiffs' residence | OB, R, P, V | As to V, overruled.<br><br>As to OB, R, and P, sustained. The Court limits the timeframe of RFP #8 to January 1, 2017 to the present.<br><br>To the extent not already done, Defendants shall produce docs consistent with this ruling. |
| 9 | Communications between Defendants re: Plaintiffs' residence | OB, R, P, AC, WP | As to AC and WP, the parties report that they resolved the objection.<br><br>As to OB, R, and P, sustained. The Court limits the timeframe of RFP #9 to January 1, 2017 to the present.<br><br>To the extent not already done, Defendants shall produce docs consistent with this ruling. |
| 10 | Records of complaints re: Plaintiffs | OB, R, P, AC, WP | As to AC and WP, the parties report that they resolved the objection. |

| | | | As to OB, R, and P, sustained. The Court limits the timeframe of RFP #10 to January 1, 2017 to the present. To the extent not already done, Defendants shall produce docs consistent with this ruling. |
|---|---|---|---|
| 11 | Communications concerning violations issued to Plaintiffs | OB, R, P, AC, WP | As to AC and WP, the parties report that they resolved the objection. As to OB, R, and P, sustained. The Court limits the timeframe of RFP #11 to January 1, 2017 to the present. To the extent not already done, Defendants shall produce docs consistent with this ruling. |
| 12 | Communications involving, etc., Defendants or third parties re: Jewish residents concerning religious practices, etc. | V, OB, R, P, AC, WP | As to AC and WP, the parties report that they resolved the objection. As to V, sustained. The Court finds RFP #12 grammatically confusing. Defendants need not produce docs in response to RFP #12. |
| 13 | Communications involving, etc., Defendants, etc., re: any religious group, facility or practice | V, OB, R, P AC, WP | As to AC and WP, the parties report that they resolved the objection. As to OB, R, and P, sustained. Read literally RFP #13 includes the exchange of Christmas cards. Defendants need not produce docs in response to RFP #13. |
| 14 | All docs concerning elections or meetings held by Loggers' Run | OB, R, P | As to OB, R, and P, sustained. The Court limits the timeframe of RFP #14 to January 1, 2017 to the present. To the extent not already done, Defendants shall produce docs consistent with this ruling. |

**RFPs to Harry Dietz (DE 76-5)**

| # | Description | Objections | Ruling |
|---|---|---|---|
| 4 | All docs from 2012 reflecting, etc., communications, involving, etc., Defendant and relating to religious or racial discrimination | V, OB, R, P | As to V, sustained.  The Court finds RFP #4 grammatically confusing.<br><br>Defendant need not produce docs in response to RFP #4. |
| 5 | All docs reflecting, etc., communications involving, etc., Defendant and relating to religious practices in Loggers' Run | V, OB, R, P | As to V, sustained.  The Court finds RFP #5 grammatically confusing.<br><br>As to OB, R, and P, sustained. Read literally, RFP #5 calls for production of Christmas cards.<br><br>Defendant need not produce docs in response to RFP #5. |
| 8 | Communications between Defendant and Plaintiffs re: Plaintiffs' residence | V | As to V, overruled.<br><br>To the extent not already done, Defendants shall produce docs consistent with this ruling. |
| 9 | Communications between Defendant re: Plaintiffs' residence | V, OB, R, P | As to V, overruled.<br><br>As to OB, R, and P, sustained.  The Court limits the timeframe of RFP #9 to January 1, 2017 to the present.<br><br>To the extent not already done, Defendant shall produce docs consistent with this ruling. |
| 12 | Communications involving, etc., Defendant or third parties re: Jewish residents concerning religious practices, etc. | V, OB, R, P | As to V, sustained.  The Court finds RFP #12 grammatically confusing.<br><br>Defendant need not produce docs in response to RFP #12. |
| 13 | Communications involving, etc., Defendant, | V, OB, R, P | As to OB, R, and P, sustained.  Read literally RFP #13 includes the exchange of Christmas cards. |

9

| | etc., re: any religious group, facility or practice | | Defendant need not produce docs in response to RFP #13. |

**RFPs to Ronald Harp (DE 76-6)**

| # | Description | Objections | Ruling |
|---|---|---|---|
| 4 | All docs from 2012 reflecting, etc., communications, involving, etc., Defendant and relating to religious or racial discrimination | V, OB, R, P | As to V, sustained.  The Court finds RFP #4 grammatically confusing.<br><br>Defendant need not produce docs in response to RFP #4. |
| 5 | All docs reflecting, etc., communications involving, etc., Defendant and relating to religious practices in Loggers' Run | V, OB, R, P | As to V, sustained.  The Court finds RFP #5 grammatically confusing.<br><br>As to OB, R, and P, sustained. Read literally, RFP #5 calls for production of Christmas cards.<br><br>Defendant need not produce docs in response to RFP #5. |
| 8 | Communications between Defendants and Plaintiffs re: Plaintiffs' residence | V | As to V, overruled.<br><br>To the extent not already done, Defendant shall produce docs consistent with this ruling. |
| 9 | Communications between Defendant re: Plaintiffs' residence | V, OB, R, P | As to V, overruled.<br><br>As to OB, R, and P, sustained.  The Court limits the timeframe of RFP #9 to January 1, 2017 to the present.<br><br>To the extent not already done, Defendant shall produce docs consistent with this ruling. |
| 12 | Communications involving, etc., Defendant or third parties re: Jewish | V, OB, R, P | As to V, sustained.  The Court finds RFP #12 grammatically confusing. |

| | residents concerning religious practices, etc. | | Defendant need not produce docs in response to RFP #12. |
|---|---|---|---|
| 13 | Communications involving, etc., Defendant, etc., re: any religious group, facility or practice | V, OB, R, P | As to OB, R, and P, sustained. Read literally RFP #13 includes the exchange of Christmas cards.<br><br>Defendant need not produce docs in response to RFP #13. |

## Fee-Shifting

As to fee-shifting, the Court interprets Fed. R. Civ. P. 37(a)(5) to require the losing party in a discovery motion to pay the expenses of the winner as the norm. *See Eastern Maico Distributors, Inc. v. Maico-Fahrzeugfabrik, G.m.b.H.*, 658 F.2d 944, 948 n.4 (3d Cir. 1981) (noting that "Rule 37 was amended to provide for the imposition of fees as the norm rather than the exception"); Fed. R. Civ. P. 37, Advisory Committee Notes (1970) ("The proposed change provides in effect that expenses should ordinarily be awarded unless a court finds that the losing party acted justifiably in carrying his point to court."). Fee shifting can be avoided only where the losing party was "substantially justified" in taking its position or where "the circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(a)(5). In cases where a discovery motion is granted in part and denied in part, a court has broad discretion to apportion fees as it sees fit. Fed. R. Civ. P. 37(a)(5)(C).

In this, Plaintiffs lost the bulk of this discovery motion and succeeded in compelling very little that Defendants had not already agreed to produce. Although Plaintiffs had substantial justification for pressing some of the issues raised (particularly the time frame arguments), they lacked substantial justification for many issues, including Rog #s 1 and 20 from DE 76-1; Rog #s

11

3, 15, and 20 from DE 76-2; Rog #2 from DE 76-3; and RFP #s 4, 13, and 15 from DE 76-4, DE 76-5, and DE 76-6.  Given the results obtained here, the Court shifts fees in the amount of $500 from Plaintiffs to Defendants.  This is not a sanction, and the Court makes no finding of bad faith.

## Conclusion

For all of the above reasons, the Court **ORDERS** as follows:

1. The motion (DE 76) is **GRANTED IN PART AND DENIED IN PART** as set forth above.

2. All supplemental documents and interrogatory answers subject to this Order shall be produced within ten days of the Order, unless otherwise agreed to by the parties.

3. Pursuant to Fed. R. Civ. P. 37(a)(5), Plaintiffs shall pay $500 to Defendants within ten (10) days of this Order.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 17th day of February 2026.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE